UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVERN C. FAST HORSE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARACK HUSSAIN OBAMA, *et al.*, ) <br> ) <br> Defendants. ) | Case: 1:16-cv-02453 <br> Assigned To : Unassigned <br> Assign. Date : 12/15/2016 <br> Description: Pro Se Gen. Civ (F Deck) |

**MEMORANDUM OPINION**

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint without prejudice.

The Court has reviewed the plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to

1

determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The complaint, as drafted, does not comply with Rule 8(a). Its language is so general that the Court cannot determine what claim or claims the plaintiff intends to bring against which defendant or defendants. The plaintiff mentions various treaties and assorted provisions of the United States Code, for example, yet does not identify a provision as the basis of a particular claim. The Court therefore will dismiss the complaint without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

_____
United States District Judge

DATE: 12/14/16